**Exhibit A to the Complaint**

**Location:** Englewood, CO  
**Total Works Infringed:** 41

**IP Address:** 75.70.234.31  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4CE48B7EC379E866B902AD7DC2A815388F3F9D00<br>File Hash: D936D4052F9159B35E002E1179AD27C317B1C6A4FDB4CAA0DB94659291AE829E | 05/21/2024 09:35:08 | Tushy | 08/09/2020 | 08/31/2020 | PA0002265642 |
| 2 | Info Hash: C57F9BD7E97A414309CD6D6649BA77B29C949569<br>File Hash: 7F6A0F2AF72B786D729C88849EE3EF89DDA010D36F86D7B254836B5CC2DE2B34 | 05/15/2024 03:56:07 | Tushy | 02/14/2021 | 03/08/2021 | PA0002280366 |
| 3 | Info Hash: 015BB6153A943B0543CA0A1DB8193196AF4563AE<br>File Hash: D77632C33B5678292B41C4107C7D059E2163B7F3F53F783DF4D0B5659C30266B | 05/14/2024 10:17:42 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |
| 4 | Info Hash: 85FCA7ACA9A7B50C39D92DFCE94742CA5DC8DD59<br>File Hash: C2E92DB72DDD3D95F8489276BD3A39314C2E7B870B1C8073272589F7674D7C21 | 05/14/2024 10:16:19 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 5 | Info Hash: 74AE0C533AD8E4D84C84EC9DD77164DEDA41DF0E<br>File Hash: D578C4CCDC92282EA841D52BFB6B13BCD7A5E14DA3E69BC00999B94A522ACCF3 | 05/12/2024 19:40:57 | Tushy | 04/02/2023 | 04/07/2023 | PA0002405755 |
| 6 | Info Hash: 8B18AC06D7F44BD18ADE94C77175634813899918<br>File Hash: 533106096DD4DCC099EF39CB1B6B187562D5640B13070D3E6B5D78193C1BCE8C | 05/12/2024 19:39:01 | Tushy | 09/05/2021 | 09/21/2021 | PA0002312671 |
| 7 | Info Hash: DE9746C9978A1849719CD43986770BD9BCAA1CB2<br>File Hash: 2BE5B15160A52E8A0111ABBC097CBDCE1DB80E9F04595130A4B46F4AA927658A | 05/11/2024 10:34:10 | Blacked Raw | 02/07/2022 | 02/14/2022 | PA0002335458 |
| 8 | Info Hash: 9EBE986F87479212602DCFB45A16B134497B5670<br>File Hash: 5FE5023802DA5814954E305BC1286F239F4A4CDE5F515959EA99566FC3B7D072 | 05/09/2024 16:40:49 | Tushy | 01/30/2022 | 03/04/2022 | PA0002345788 |
| 9 | Info Hash: DF07F06FD5E18DC47EAA4AEB5FD939FEDB5EDA94<br>File Hash: 34AFB6503CB76A6E108ECDF4A994A743CDC22DAEDF486497B106EAD8BE502D36 | 05/09/2024 16:39:53 | Tushy | 01/31/2021 | 02/09/2021 | PA0002276144 |
| 10 | Info Hash: 5D866F8DB373C5CE3ECF22896CB366F6766E0179<br>File Hash: 4F289ED6630A20500BD878002098ED68952EA025CF9D7DB5FE07540532B0710A | 05/09/2024 16:39:53 | Tushy | 07/26/2020 | 08/31/2020 | PA0002265634 |
| 11 | Info Hash: 33B3565F3AD4D42331EB9A28A64E6893AADB7074<br>File Hash: 040C78247413C760E6063A6FAB38DECC97CD9852B163BB0FDAE99F34B55CC594 | 05/09/2024 13:35:57 | Tushy | 08/02/2020 | 08/31/2020 | PA0002265633 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 27890FD0097B5E3D92BEE8BB1A92E20D7588F6FB<br>File Hash: 2765572B5300C9E7AED3861041D98929359CD3DE67B99D67CA5355E3216B4EF7 | 05/09/2024 10:33:28 | Tushy | 08/01/2021 | 09/30/2021 | PA0002320423 |
| 13 | Info Hash: D368272FF88924C0BF524221D666CC250112ADE7<br>File Hash: 42E39C918C197215BFEBF7C389298CC99F8CA21A09B823C1202CC2627FFEF787 | 05/09/2024 10:32:47 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 14 | Info Hash: FF2F284333B2FB8C98C57962C5BB6C251EC438B4<br>File Hash: 4801AFF9D685F13BC2C1F17525DEEEA765221BC77A644C42DEF1BBF1D774C646 | 05/09/2024 10:32:28 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 15 | Info Hash: D21A158A0684033ABC74837360F6FF1682CB0BA5<br>File Hash: F9431848D08415B54EE1F9DDB037201A159173B0353D0EB731AD6BED8A1B3AAC | 05/09/2024 10:32:22 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 16 | Info Hash: 4F19699C16830934345C81FFE28A957F2A63063C<br>File Hash: 90D982DFE69FFA2258F717E8A148BFA5E8684015B6760054CCE0E8E5D06EE0A8 | 05/09/2024 10:32:20 | Tushy | 07/19/2020 | 08/03/2020 | PA0002259103 |
| 17 | Info Hash: 7512995C185AA56A6BD8B26D06FBCAAAF2EF69FD<br>File Hash: BBB8D0ED585FA80B2F224B2A56B8664839D936E149C6CC90434BD50AE0F20507 | 05/07/2024 10:26:16 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 18 | Info Hash: 3EB2849D1FB8E02CCDFE10E23B7FAEB29EF04788<br>File Hash: 0644277A3DBCF4C118E23E45CD5B10309E292455ECFD2E601FD952D906A10EDD | 05/04/2024 21:48:36 | Blacked | 10/09/2021 | 10/19/2021 | PA0002317059 |
| 19 | Info Hash: BE1361AA37560F3EDB425F483A59F0F1C3211E56<br>File Hash: 01E1D08D3CBB1DD5502400DB36C2029DEBDB46A4087B6EAC79F7FF235E3DB826 | 05/04/2024 21:48:36 | Vixen | 11/19/2021 | 12/09/2021 | PA0002325815 |
| 20 | Info Hash: 1CCD80F8450A192CBE8D5C1DA33E5675D46A5155<br>File Hash: A2E7B1302A2E6362C665803C15542449F831639690029E73D8A97E3D9C0E39E2 | 05/04/2024 21:47:26 | Vixen | 09/13/2021 | 09/30/2021 | PA0002319739 |
| 21 | Info Hash: 82ADE6C819E3DE0157ED6E73CABA55EA1ADF62A0<br>File Hash: 1F25ECF97107AEE46255F0D89F5A0656A5C2337BAEB372C481F0CA56E3234EE6 | 05/04/2024 21:46:40 | Tushy | 04/03/2022 | 04/21/2022 | PA0002353478 |
| 22 | Info Hash: 9CCB203594E9D248039C4D3FA81EB3EF8E41B35E<br>File Hash: A87E069FAF102D5774691EEFB45FDD4227E895BECE5D5F42BF033378F7F5E299 | 05/04/2024 07:50:13 | Tushy | 12/05/2021 | 12/09/2021 | PA0002325840 |
| 23 | Info Hash: 03A5FEB2A1B7476A3A0A9C5E192FFBAFD7F83EA5<br>File Hash: A90659874566762DFD592EA9DDB6D0D33D21EDFA325625FBB425A55C93037F5B | 05/04/2024 07:50:05 | Tushy | 01/16/2022 | 03/04/2022 | PA0002345785 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: AC4187D1F11DD5F57C2CF2742FD6922918AF2336<br>File Hash:<br>1C8191AA0698C9991AC2DFADFA2CD7E7BE85B2484D54EA67187C15915ECD5514 | 05/04/2024 04:46:57 | Vixen | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 25 | Info Hash: 1D905F16711EB8629E9154D6B31BAFD8C0661D1D<br>File Hash:<br>493FD4C3000E5357D92ED31456B4FF8E03841CAAB72E9129968E1EB8B02E9D67 | 05/04/2024 04:46:51 | Blacked Raw | 07/19/2021 | 08/23/2021 | PA0002308404 |
| 26 | Info Hash: 7169A99F1C8A7FA4AFE12CEB61632E4CCD7D1BCD<br>File Hash:<br>10729F321DF0EE83D433F252C1C403279584C1D786913AA22BF1ABD17BE46306 | 05/04/2024 04:45:17 | Tushy | 01/09/2022 | 01/17/2022 | PA0002330112 |
| 27 | Info Hash: 089666D5AFBC4F5F4219E7171E7C3584E97FFDB0<br>File Hash:<br>1F5F9F84C2E55ECF1242425BD62860E431B77A88E5A66699F3281E3D59BD921A | 05/02/2024 18:16:31 | Tushy | 11/14/2021 | 01/07/2022 | PA0002337916 |
| 28 | Info Hash: 07FF1A3D1E17FA69BEA9F5AB1D76C342F6A283F8<br>File Hash:<br>31F89366172FF2E2F40459192C9DFE19E975027A41B60286B6EDAFB3DFEDE874 | 05/01/2024 17:58:55 | Tushy | 06/18/2023 | 07/13/2023 | PA0002420350 |
| 29 | Info Hash: 9B9CB4DCC65EDD96A726098A0A11C935A4CBEF8D<br>File Hash:<br>18D64F5043D82834E76DF29962D674707B45C16EEDCA674453251A4300165F63 | 05/01/2024 17:57:54 | Tushy | 03/26/2023 | 04/07/2023 | PA0002405762 |
| 30 | Info Hash: 6B4B316519F21CC0CFA770C6D57C5AFDC9FA46CC<br>File Hash:<br>E3179E43BE6B209E632DBFCF4AFEB6878BBCE46EAD2F3A59CB6AFC54EB2AD65D | 05/01/2024 17:57:48 | Tushy | 12/31/2023 | 01/16/2024 | PA0002449508 |
| 31 | Info Hash: 7BAB468E2710C60974226BFA4A99FD85F64772E5<br>File Hash:<br>95A352E777764C523D2DFFB3FC9B7ACB91B81D5E5A57EBBECD8D5E0E67FFB7CD | 05/01/2024 17:57:23 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 32 | Info Hash: 7CABEC518615EECC746EF569D78CA6DD1E3D9EC4<br>File Hash:<br>D3D18C97FDD0A52A84CFCF49537FD98E6751D12E6C2486F4027780CD84AF37A9 | 04/28/2024 12:15:45 | Vixen | 06/16/2023 | 07/13/2023 | PA0002420352 |
| 33 | Info Hash: 489ADCB5064B671CC7E27E8164B9E39EC8BE4EAF<br>File Hash:<br>728D6C468EE8C6445CA37ED0C43623449BDA7DA9CDBBB4473418D8511826984F | 04/28/2024 02:55:20 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 34 | Info Hash: 8AC99183602841DF44928E04D7FFC4CCBF731B41<br>File Hash:<br>202FEE1CD4EA530B8DD5D89D69968EB2B695927326B85E9D4A06DCC4EB5D9C3C | 04/28/2024 00:10:31 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 35 | Info Hash: FF53956B3B10372C5DFFCB0E9FAD9B70DA4E174A<br>File Hash:<br>BE9034F1795FB8E6A734F6215C1681249B21ED97D058562BA238BA2760D5FEBC | 04/27/2024 05:55:52 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: CB82633275709DB2B8E9A9A3EF6EB87FBD492BFA<br>File Hash: 0E0721593CCA510F98A3EA2552EBFD1C234D472852660307D9A66624FBA523FA | 04/27/2024 02:51:19 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |
| 37 | Info Hash: 148C91EAE795B916CB1CF0DFB8F640DDBA9D4D0D<br>File Hash: F8604850A0B8B140E10B71A768944E2635F113CC93348FDD22A645A95B48F32B | 04/27/2024 02:50:48 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 38 | Info Hash: 6B7D5D9EC0B45EB78F24F249AC49C8BC4489257F<br>File Hash: DBA6F95E2A4EDE556BD6E0F6BE985A32071A961CAE120ECC6F367F3D38FE84DB | 04/26/2024 21:52:53 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 39 | Info Hash: 3969E51994C529BD3B4ACB1D5BA0079373153FD2<br>File Hash: 579827D81E84E5046679EC0BCFDD953677A2CF1CD4DA97B0A930FA9BA1B4E4EC | 04/26/2024 21:52:05 | Vixen | 11/24/2023 | 12/13/2023 | PA0002445431 |
| 40 | Info Hash: A50DA64F593C414E6332A2B987C875DFFD297BD9<br>File Hash: 3ED6AB6927CDE5BA6CD646D1BF23C0002BAB6D3F5DA15852459C776F5FB33FE5 | 01/28/2024 19:11:10 | Blacked Raw | 10/11/2022 | 10/31/2022 | PA0002377831 |
| 41 | Info Hash: A35EA55D1D295E1A479688FBB16A75B915DC9659<br>File Hash: E8AC36D8F4402CB36A4EA90D94641450BE2C380EBBFB66367EDFD7B63FED1F27 | 01/28/2024 19:08:46 | Vixen | 09/09/2022 | 10/05/2022 | PA0002373766 |