**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-01489-CMA-MEH

STRIKE 3 HOLDINGS, LLC,

  Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 75.70.234.31,

  Defendant.

---

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DEFENDANT JOHN DOE**

---

  **PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 75.70.234.31 ("Defendant") through Defendant's counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executory obligations, Plaintiff will dismiss this action with prejudice.

Dated:  August 22, 2024      Respectfully submitted,

            By:  */s/ Jessica Fernandez*
               Jessica Fernandez (Bar #: 30219)
               Associate In-House Counsel
               General Media Systems, LLC
               11239 Ventura Blvd
               Suite #103 Box 717
               Studio City, CA 91604
               Phone: 818-253-1453
               Fax: 323-872-0022
               Jessica@Strike3Holdings.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jessica Fernandez*
Jessica Fernandez, Esq.